for mailing

AUG 1 6 2022

LEGAL MAIL
Provided to Wakulla CI

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Northern_ District of _Florida_

_Tallahassee_ Division

Case No. 4.22cv306 - MW/MJF

*(to be filled in by the Clerk's Office)*

Lee M Johnson

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Captain Thomas, SGT. Perry
Nurse cox

_Defendant(s)_
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

FILED USDC FLND TL
AUG 18 '22 PM 2:01

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  LEE M. JohNSON

All other names by which
you have been known:

ID Number  W40563

Current Institution  WAKULLA C. I.  ANNEX

Address  110 Melaleuca Drive
CRAwfordVille          FL          32327
            *City*          *State*        *Zip Code*

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  SGT. Perry

Job or Title *(if known)*  CorrecTioNs SGT

Shield Number  Pe215

Employer  florida Department of corrections

Address  110 Melaleuca Drive
CRAwfordVille          FL          32327
            *City*          *State*        *Zip Code*

☑ Individual capacity  ☐ Official capacity

Defendant No. 2

Name  Captain T. Thomas

Job or Title *(if known)*  CorrecTioNs Captain

Shield Number  TT007

Employer  florida Department of corrections

Address  110 Melaleuca Drive
CRAwfordVille          FL          32327
            *City*          *State*        *Zip Code*

☑ Individual capacity  ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                      Nurse Cox
    Job or Title *(if known)*    Corrections Medical Nurse
    Shield Number
    Employer             Centurion Medical
    Address              110 Melaleuca Drive
                       Crawfordville     FL     32327

| City | State | Zip Code |
|------|-------|----------|

☑ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    See Attached

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

BASis for Jurisdiction

1. SGT E. Perry Showed Deliberate INDifference BY failing To protect Me from A SUBSTANtial Risk of serious harm BY forcing Me IN A cell With a INMate That i Told SGT Perry i had problems With And That i WAS IN fear of, Causing me To Be RApeD BY This INMate multible Times, Thus Violating my U.S. 8th And 14th Amendment constitutional Right.

2. SGT E. Perry Grabbed my RishT Buttock Sqveezing it While stating To Me —
"I'm Sick of you TRANSGenders Thinking you — GoT rishTs, Now GeT your Ass IN The cell — Before i fuck You"
Thus Violating my 8th Amendment CONStitutional RishTs

(3) CAPTAIN Thomas NOT ONLY failed To ALLOW me To Report Being RAped IN Violation of The Prison RApe elimination ACT (P.R.E.A) And ALSO Refused me medical Attention To A Serious medical Need But ALSO "GASSed" (using chemical AGENTS, mace) ON me And Removed my prescription eye GLASSes And Legal Work, pens IN A Attempt To me from writing up SGT Perry for sexually Assaulting me And Reporting That i WAS RAped

Thus Violating my 8th And 14th Amendment Rights

(4) NURSE COX Did show Diliberate INDIFFerence To my Serious medical Needs By Refusing ~~me~~ To Do ANY TYpe of medical EXAM of my INJURies After i WAS TWICE Brought To NURSE COX Because I WAS profusely Bleeding from my ANUS, ALL NURSE COX Did WAS Give me some WeT GAUZE And Tell me "Clean your self up And Go BACK To my cell" even Though i COMplained To him That i WAS RApe And IN Seriouse PAIN, And After Being forced To clean my self up NURSE COX forced me To Throw The "Bloodly Gauze IN The TRAsh

ALL IN Violation of The Prison RApe elimination ACT (P.R.E.A, And D.O.C. PROCedures

Thus Violating my 8th And 14th Amendment Rights

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. SGT Perry, Captain Thomas WAS employeed BY The FloridA Department of corrections During This Incident. NUrse cox WAS employeed BY CENTURION medicAl, ThaT is CONTrAcTed BY The floridA Department of correctIons To Provide medicAl services To InmATes

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. at The WAKUllA correctionAl InstitutIon ANNex ON J-Dorm. WINs 1 And Nurses stAtion oN J-Dorm

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

SGT Perry's sexual Assault of me was on 6-24-22 Between 9:15 And 10:40 AM was on 6-24-22 by SGT Perry forcing me in cell with inmate that raped me was on 6-24-22 To 7-3-22, Times unknow. Captain Thomas Gassed/refused medical 7-7-22/1:20 p Nurse Cox refused medical Treatment on 7-7-22 on Two Times unknown

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please  see  Attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please  see  Attached

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

AGinsT V
SGT. Perry I am seeking $75,000 in Compensatory Damages
SGT. Perry I am Seeking $50,000 in Punitive Damages
Captain Thomas I am seeking $50,000 in Punitive Damages
Nurse Cox I am seeking $100,000 in Compensatory Damages
Nurse Cox I am seeking $100,000 in Punitive Damages

STATEMENT OF FACTS
Attached from Page 5 Section D

ON JUNE 29 2022 APPROXimately 9:30 A.M. I am Brought To CONFINEMENT, J-Dorm And Am PLAced in Shower # 2 LOW of WING ONE To WAit To Be ASSigned a Cell, AT The SAme Time aNother INMATe, INMATE "Campbell" WAS PLAce in The Shower NExT To Me (Shower # 1), APPROXimately 15 minutes LATer <u>< No CLOCKS ON</u> SGT E. perry Who is The Regular SGT For J-Dorm informs me That I Will Be house in The SAme Cell With INMATE "Campbell" I Then Tell SGT PERRY ThaT I CAN NoT Be ~~Put~~ in The SAme Cell As "CAMPbell" <u>Because CAMPbell Has Threatened ME in The PAsT</u> <u>ThaT I ~~said~~ Am A TRANSGeuder <GAY MAle) And ThaT</u> INMATe CAMPbell Being MuslIm it Would Be a Real Problem, <u>ThaT I AM in Fear of INMATe Campbell</u> <u>I Beg SGT Perry NoT To PuT Me in The Cell With</u> <u>INMATe CAMpbell. AT This PoiNT SGT Perry Violates</u> <u>D.O.C. Rules By opening The Locked Shower With ouT</u> <u>First hANdcuffing me Through The Access porT</u> SGT Perry Then Steps iNTo The Shower MAKing me FAce The WAll, hANdcuffs me Then GrABs my rishT Buttock While stAting To Me " <u>I'M SiCK of You -</u> <u>TRANSGeuders ThiNKing You GoT RighTs, Now GeT iN -</u> <u>The Cell Before I FUCK You"</u>

Page 1 of 5

SGT Perry Then forces me up The Stairs With
INMATE Campbell, ALL while im am Telling SGT Perry
I am in fear of INMATE Campbell And ThaT he would
Be Responsable if I am hurt or Killed
SGT Perry Responed " I Don't Give A fuck, your going
in The cell" This WAS ALL Recorded On The
Audio/Video Recording Security System on J-Dorm

LATer on ThaT NighT JUNE 29 2022 After Being
Forced in The cell With Inmate Campbell, APPOXimately
11:00 P.m. (No CLOCK ON DorM,) After lighTs ouT
INMATE Campbell PUNChs me in The Stomach Twice
While staTing To me " PUll your PANTs Down Bitch"
After i comPlie, INMATE Campbell Then SPiTs on
his penis And my ANUS And Forces his PENis
inTo my ANUS And RAPing me for What FeLT
Like 10 To 15 MiNutes, After he WAS Done
INMATE CAMPbell StATed To Me " Try To SwiTch,-
I'LL KiLL You Before They Pull Us ouT The cell"
INMATE CAMPbell RAPed me every NighT After
LighTs ouT From June 29 2022 To JULy 3-
2022 And ALso DAily ThreaTened To Kill me
if I TRied To SNitch on him

Page 2 of 5

Then on July 7 2022, Two Days After Inmate Campbell was moved out my cell, for Those Two Days i had Another cell-Mate who was A friend of Inmate Campbell And Knew what campbell Did - So This cell-Mate ALSO Threatened Me To Keep Me from Reporting CAMPbell for Raping Me

So on July 7 2022 Approximately 12:30 P.M, I Told SGT Perry That i Needed To See MedicaI Because i was Raped By My cell-Mate SGT Perry Responed "OH-No we Not Doing That - SNitching shit". So i was Hollering out for MedicaI Because i had Been Bleeding for Two Days - from My ANus, At This Point CAPTAiN Thomas Comes To My cell And stated To Me - "Go SiT your Ass Down or I'm Gassing You" I Told CAPTAiN Thomas That i was Raped And Bleeding, I Needed To See MedicaI, To Which CAPTAiN Thomas Responed "I Don't Care Go SiT - Down". A few Minutes LAter CAPTAiN Thomas Returns To my cell with SGT Hitchcock holding a Portable Video CAMERA And states " Lee Johnson GeT Off - The Door, siT Down or I'm Using ChemicaI AGeNTS oN You"

I Then state To The PortabIe CAMERA That i Needed To See MedicaI To Report Being sexuaIIy AssauIted

3 of 5

APPOXIMATELY 5 MINUTES LATE SGT Perry CAlls CAPTAIN Thomas BACK To The Dorm And Now Lies And Tells CAPTAIN Thomas ThAT I am Kicking The cell Door (Which i am NOT, Captain ThomAs Responds And See's That i am NOT IN fact Kicking The cell Door he Then has A UNKNOWEN BLACK female SGT SPRAY With Chemical AGENTS (MACE) After Which i am forced To A Cold Shower To Remove The Chemical AGENTS Off of me And Given ANother pair of Boxer shorts

Also oN July 7 2022 APPOXIMATELY 30 minutes LATer I am again profusely BLeeding from MY ANUS CAUSING my white Boxer shorts To Be CoVered iN BLood I Now catch ANother officers Attention And i am Brought To The Nurse station oN J-Dorm, where I am seen By NUrse Cox, NUrse Cox Rudely Asks me Why i am There, I Tell him ThAT i WAS RAped Multible Times And iN PAIN, ThAT The BLeeding won't stop As he could See from my BLood Covered Boxer Shorts, NUrse Cox Then hands me some WeT GAUZe And states To me "Go clean your self up, Throw The GAUZe IN The TRASH Then go BAck To your cell" I Then Tell NUrse Cox " Sir i WAS RAped. I'M iN Real BAd PAIN, The BLeeding won't stop, WhAt About A Medical eXAM or collecting eViDence? NUrse Cox responds, "DoN't — Tell me how To Do my JoB INMATE Now Go BAck To Your Cell. IN Direct Violation of The "PRison RApe eLimiNation ACT" (PREA)

4 of 5

also on July 7 2022 Approximatly 6.45 P.m.
Captain Washington has me Brought Down To The
Medical Department where I am AGAIN profusely
Bleeding from MY ANUS, I am AGAIN seen BY
Nurse COX who Refuses me ALL medical
Treatment even Though he can clearly see That
I am Bleeding from my ANUS, Due To Clothing
covered in Blood, Nurse COX AGAINS JUST
Gives me some GAUZE And Tells me To
"Clean my self up, Go BACK To your cell"

    This ends my statement of Facts

    I certify And swear UNDER ~~either~~ PENALTY
    of perjury That every Thing in This
    statement of FACTS is True

         _lee M Johnson_

    Lee M Johnson      Ausust 3 2021


         Page 5 of 5

INJuries, Attached from Page 5

(1) My Physical INJuries are a on going sharp Pain IN My ANUS every Time I Use The BATh Room, also Bleeding While Using The BAThroom, lower Stomach Pain And Back Pain from The Physical Assaults While Being RAped Multible Times.

(2) My Psychological-emotional INJuries are That I am Now IN a CONSTANT Deep rooted fear of every one Around Me. AM Very PARANoid That every one INMATES And officers are ouT To GeT Me, A Deep shame And Worthless feeling Because every one Now KNows ThaT I hAve Been RAped As I am Now harrassed And Threatened Daily By INMATES And STAFF, I CAN't sleep BuT A few hours Per NishT And When I Do sleep I have Violent NighTMAres of NoT oNly The RApes BuT ALSO of INMATE CAMPbell Killing Me And other INMATES RAPING Me, I am IN CONSTANT fear That The NeXT cell MATe i am forced To have Will RApe or Kill Me, so i Will have To Kill him firsT I have No APpetite, I only Pick at my food hoping I Will Become So SKINNY No oNe Will WANT To RApe Me, I Don't come ouT My cell UNless forced By sTAFF for fear I Will Be Attacked

Page 1 of 2

INJuries

I Don't TAKe Showers UNless forced By StAff.
In hopes of StAyiNg SAfe
I hAve DAily ANXiety-PANic AttAcks
as i am ALWAYS iN fear of StAff forciNg
ANother cellmAte with me who will also RAPe me
I feel ThAt i am Worthless And ThAt life is
liviNg Like This is powerless
I am Depressed. I Also hAve A Deep rooted fear
Of ALL corrections officers And Medical StAff
Because They will oNly Abuse me or refuse To
help me when i am AssAulted

Page 2 of 2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WAKULLA CORRECTIONAL INSTITUTION, ANNEX

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

RAPE/ SEXUAL ASSAULT/ DELIBERATE INDIFFERENCE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

At My Institution

2.   What did you claim in your grievance?

Sexual Assault By Staff
Rape By WMDR / Deliberal Indifference By Medical

3.   What was the result, if any?

Absolutely None, IGNored Me

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed All The Way To Secretary of Doc

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit
           Plaintiff(s) _____
           Defendant(s) _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*
           _____
           _____

      3.   Docket or index number
           _____

      4.   Name of Judge assigned to your case
           _____

      5.   Approximate date of filing lawsuit
           _____

      6.   Is the case still pending?

           ☐ Yes

           ☐ No

           If no, give the approximate date of disposition. _____

      7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered
           in your favor?  Was the case appealed?)*

           _____
           _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
      Plaintiff(s)   Please See Attached Page
      Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.   Docket or index number

      _____

4.   Name of Judge assigned to your case

      _____

5.   Approximate date of filing lawsuit

      _____

6.   Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      See Attached

Page 1 of 2

ATTACHMENT from PAGE 10, PREVIOUS LAW SUITS

1, LEE MITCHELL JOHNSON V. DEPUTY Williams et al
   CASE No. 20-80709-CV-RUIZ. filed on APRIL 7 2014
   CASE IS ~~STILL PENDING~~ PlaintIff Dismissed
   U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
   JUDGE Lisette REID

2, LEE MITCHELL JOHNSON V. CORRECTIONS DEPUTY LINDOR
   CASE No: 9:20-CV-81032-DMM. filed ON July 2 2020
   CASE ~~STILL PENDING~~ PlaintIff Dismissed
   U.S. DISTRICT COURT, SOUTHER DISTRICT OF FloridA
   JUDGE DONALD M. MIDDLEBROOKS

3, LEE MITCHELL JOHNSON V. SGT AlFred et al
   CASE No. 9:20-81961-~~CV~~-Cooke. filed on October 18?? 2020
   U.S. DISTRICT COURT, Southern District of Florida
   JUDGE MarcIA G. Cooke. ~~CASE STILL PENDING~~ Plaintiff DismisseS

4, LEE MITCHELL JOHNSON V. Ferguson et al
   CASE No. 20-81983-CV-WilliAMs. filed on OCtoBer 18 2020
   CASE ~~STILL~~ Dismissed By PLaintIff.
   U.S. DISTRICT COURT, SOUTHER District of FlonDA

   See NexT Page

Page 1 of 3

PREVIOUS LAW SUITS

Page 2 of 2

Lee Mitchell Johnson V. LT CASTILLO et Al
CASE No. 21-CV-80517-BLOOM  filed on FeBuary 28 2021
CASE is S̶T̶I̶L̶L̶ ̶P̶e̶n̶d̶i̶n̶g̶  Plaintiff Dismissed
U.S District Court, Southern District Court of Florida
Judge BETH BLOOM

LEE MITCHELL JOHNSON V. DEPUTY Humphries et, al
CASE No. 21-CIV-80985-CANNON  filed on May 24 2021
CASE S̶T̶I̶L̶L̶ ̶P̶e̶n̶d̶i̶n̶g̶  Plaintiff Dismissed
U.S District Court, Southern District Court of Florida
Judge AILEEN CANNON

Lee Mitchell Johnson V. Deputy McHay
Not Assigned yet  Plaintiff Dismissed

Lee Mitchell Johnson V. Deputy Gordon
Not Assigned yet  PLAINtiff Dismissed

LEE M. Johnson V. Deputy WALKer, et AL
CASE # 9:22-CV-80881 WPD, filed June 9 2022
CASE still Pendws, Southern DISTrICT OF floridA
Judge William P Dimitroules

---

LEE M. Johnson V. SGT GArNer et Al
Case # 3:22-CV-702-BJD-PDB filed June 23 2022
CAce Pendws middle DISTrICT of FLoridA
Judge Patricia D. BArKsdale

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    August 4 2022

Signature of Plaintiff    _lee M_

Printed Name of Plaintiff    Lea M Johnson

Prison Identification #    W40562

Prison Address    110 Melaleuca Drive

Crawfordville                FL        32327
 _City_                 _State_      _Zip Code_

**B.**    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
 _City_                 _State_      _Zip Code_

Telephone Number    _____

E-mail Address    _____

TO: U.S. District Court, Northern District of Florida
From: Lee M Johnson DC # W40563
Date: August 15 2022
Re: Staff Refuseal To Sign In forma Pauperis Application

Dear Clerk of The Court
Inclosed you will fwd My In forma pauperis Application
Which I have filled out And Signed
But The Staff Responscble for Signing The
In forma Pauperis Application has Refused To Sign it
Because This Law Suit Involves Staff Memebers That She
Is on friendly Terms with. This person, Ms Castano
Stated To Me, "Were Not Gonna Assist you To Sue
Department Staff" I filed a Grievance which was
Not even Logged or Responded To. So I filled out
My Part of The Informa Pauperis Application Signed it
I Also Did Include A Copy of My 6 Month
Inmate Account Statement
There is Nothing More I Can Do As I Can Not
force Ms Castano To Sign The In forma Pauperis Application
All I Can Ask Is That I am Allowed To Proceed
in This Law Suit

Respectfully Submitted

Lee M Johnson, Pro-se
W40563
Wakulla-Annex
110 Melaleuca Drive
Crawfordville, FL 32327

RCVD USDC FLND TL
AUG 18 '22 PM 2:01
SJB

AUG 1 8 2022

M JohNsoN W40563

WAKULLA CI - ANNEX
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327

To: UNITED STATES DISTRICT
NoRTHERN DISTRIcT of FLoRIdA
ClerK of The courT

111 N. ADAMs STReeT
TALLAHASSee, FLoRIdA, 32301-7730

MAILED FROM A
CORRECTIONAL
FACILITY



ZIP 32327
02  4W
0000386097



US POSTAGE

LEGAL MAI