

U.S. Department of Justice

United States Marshals Service

Northern District of Florida

111 N. Adams Street #277
Tallahassee, FL 32301

March 6, 2023

Clerk, U.S. District Court
Northern District of Florida
111 N Adams Street, 3rd Floor
Tallahassee, FL 32301

Re: 4:22cv306-MW/MJF
    Lee M. Johnson vs. Sergeant Perry, et al

Dear Sir,

Be advised that the FDOC has provided the USMS with a confidential address for Defendant Perry. Please issue a new summons for Sergeant Perry and the USMS will attempt to personally serve him.

Sincerely,

Sheila Miller
Investigative Analyst
U.S. Marshals Service, N/FL

FILED USDC FLND TL
MAR 6 '23 PM 3:21