**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**LEE M. JOHNSON,**

**Plaintiff,**

**v.** **Case No.: 4:22-cv-306-MW-MJF**

**SEGREANT PERRY, ET AL.,**

**Defendant.**

______________________________/

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF DEFENDANT'S PREVIOUSLY FILED MOTION TO DISMISS**

Notice is hereby given that Defendant, Captain T. Thomas by and through undersigned counsel, inadvertently failed to attach the declarations that correspond with Exhibits F and G, grievance logs, that were attached to the Motion to Dismiss and Motion to Dismiss Exhibits that were filed with this Court on March 13, 2023. Due to some administrative error or oversight, the complete exhibit file was not attached to the Defendant's Motion to Dismiss prior to filing as intended.

Respectfully Submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

*/s/ Kelly R. Forren*
Kelly R. Forren
Assistant Attorney General
Florida Bar No.: 1015294
Office of the Attorney General

The Capitol, Suite PL-01
Tallahassee, Florida, 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
kelly.forren@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of filing of Exhibits in Support* has been e-filed electronically through CM/ECF and furnished by U.S. Mail to: Lee M. Johnson, DC# W40563, Florida State Prison, Post Office Box 800, Raiford, Florida 32083 on this 14th day of April 2023.

/s/ Kelly R. Forren
Kelly R. Forren, Esq.