IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEE M. JOHNSON,
DC# W40563,

    **Plaintiff,**

v.                       Case No.: 4:22-CV-306-MW-MJF

CAPT. THOMAS, SGT PERRY.
AND NURSE COX,

    **Defendants.**
_____/

### DECLARATION OF Jeffrey R. McClellan

    I, Jeffrey R. McClellan, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. I am employed as Assistant Warden by the Florida Department of Corrections ("FDC"), at Florida State Prison. As Assistant Warden, I regularly review inmate grievances, to include informal and formal grievances.

2. At the request of the Florida Office of the Attorney General, I have reviewed the available grievance records stored in the FDC's Central database and that of Florida State Prison for inmate Lee M. Johnson, DC# W40563, for grievances filed between June 1, 2022, to August 16, 2022.

3. During that period, inmate Johnson had no approved informal or formal grievances regarding the allegations described in his complaint as they relate to Captain T. Thomas, or any grievance regarding the allegations directed at Captain T. Thomas as described in his complaint.

**Exhibit F**

4. During that period, inmate Johnson had no grievances filed regarding Captain Thomas and the allegations raised in his complaint. The only grievance filed by inmate Johnson that mentions Captain Thomas is about an unrelated incident that occurred after the alleged incident(s) in his complaint and is not part of allegations in his complaint.

4. The foregoing facts are known to me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_____          _____4.14.23_____
**Jeffrey R. McClellan**                                    **Date**
**Declarant**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEE M. JOHNSON,
DC# W40563,

    Plaintiff,

v.                                         Case No.: 4:22-CV-306-MW-MJF

CAPT. THOMAS, SGT PERRY.
AND NURSE COX,

    Defendants.
_____/

## DECLARATION OF LAWANDA SANDERS-WILLIAMS

    I, LAWANDA SANDERS-WILLIAMS, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. I am employed as an Operation Analyst I by the Florida Department of Corrections ("FDC"), Bureau of Policy Management and Inmate Appeals in Tallahassee, Florida. I am a custodian of records for grievance appeals.

2. At the request of the Florida Office of the Attorney General, I have reviewed the available grievance records stored in the FDC's Central Office for inmate Lee M. Johnson, DC# W40563, for grievance appeals received by the Bureau of Policy Management and Inmate Appeals between June 1, 2022, to August 16, 2022.

3. During that period, inmate Johnson filed no appeals of any kind regarding the allegations raised in his complaint and no appeals regarding Captain Thomas. The only two appeals that were filed were regarding an unrelated medical complaint and property issue, neither of which are allegations in his Complaint.

4. The foregoing facts are known to me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter. I

**Exhibit G**

declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_____
**LAWANDA SANDERS-WILLIAMS**
**Declarant**

4/12/23
Date