UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Legal Mail
Provided to Florida State Prison on
4/20/23 for mailing by _____

LEE M JOHNSON
  Plaintiff

V

SERGEANT PERRY et al

CASE NO. 4:22-CV-306-MW-MJF

**PLAINTIFF'S MOTION TO DISMISS HIS COMPLAINT AGAINST DEFENDANT CAPTAIN T. Thomas**

The Plaintiff Lee M Johnson, Pro-se moves to Dismiss his complaint as it pertains to Defendant Captain T. Thomas and would state the following in support thereof

1. The Plaintiff will dismiss his claims against Defendant Captain T. Thomas with Prejudice

2. Plaintiff will proceed with his claims as to Defendants SGT Perry and Nurse Cox. See exhibit A Paragraphs 1, 2 and 4

Respectfully submitted

Lee M Johnson
Lee M Johnson PRO-SE

FILED USDC FLND TL
APR 28 '23 AM 9:29

SB

## CERTIFICATE OF SERVICE

I hereby certify That A copy of The foregoing has Been furnished To The US District court of florida, Northern District of florida At 111 North Adams Street, Tallahassee FL, 32301, And Kelly R. Forrey, Assistant Attorney General PL-01 The capitol, Tallahassee, FL. 32399-1050 Via U.S. Mail This 20 of April, 2023

/s/ Lee M Johnson

LEE M. JoHNSON W40563
Florida STATE PRISON
P.O. Box 800
Raiford, Florida 32083



EXIBIT A

PARAGRAPHS # 1, 2 AND 4

## BASIS for Jurisdiction

1. SGT. E. Perry showed deliberate indifference by failing to protect me from a substantial risk of serious harm by forcing me in a cell with a inmate that i told SGT Perry i had problems with and that i was in fear of, causing me to be raped by this inmate multiple times, thus violating my U.S. 8th and 14th Amendment Constitutional Rights

2. SGT E. Perry grabbed my right buttock squeezing it while stating to me "I'm sick of you transgenders thinking you got rights, now get your ass in the cell - before i fuck you"
Thus violating my 8th Amendment Constitutional Rights

①

3, Captain Thomas NOT ONLY failed To Allow me To Report Being RAPed in Violation of The PRison RAPe elimination ACT, P.R.E.A., And Also Refused me Medical Attention To A Serious Medical Need But Also "GAssed" using Chemical Agents, MAce, on me And Removed my Prescription eye Glasses And Legal Work, Pens in A Attempt To Keep me from writing up SGT Perry for sexually Assaulting me And Report That I WAS RAPed Thus Violating my 8th and 14th Amendment RishTs

4, Nurse Cox Did show Diliberate INDifference To my Serious Medical Needs BY Refusing To Do Any TYPe of Medical exAm of my WJuries After i WAS TWice Brought To Nurse Cox Because i WAS Profusely Bleeding from my Anus. ALL Nurse Cox Did WAS Give me Some Wet GAuze And Tell me "clean your self-up And Go BACK To my cell." even Though i complained To Him That i WAS RAPed And in Serious PAIN And After Being forced To Clean my self up Nurse Cox forced me To Throw The Bloody Gauze in The Thrash ALL in Violation of The PRison RAPe elimination ACT (P.R.E.A.)
   Thus Violating my 8th And 14th Amendment RishTs

(2)

LEE M. JOHNSON W40563
FLORIDA STATE PRISON
P.O. Box 800
RAIFORD, FL 32083

Mailed From A State Correctional Institution

US POSTAGE PAID PITNEY BOWES
ZIP 32083 $000.60
0000385900 APR 21 2023

APR 27 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
111 NORTH ADAMS STREET
TALLAHASSEE, FLORIDA 32301

LEGAL MAIL

32301$7730 C00 04/24