UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEE M. JOHNSON,

    Plaintiff,

v.                                         Case No. 4:22-cv-306-MW-MJF

SEGREANT PERRY, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon Defendant Thomas's motion to dismiss. Doc. 38. Thomas asserts that Plaintiff's claims against him should be dismissed for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a). In response, Plaintiff has filed a motion to dismiss his claims against Thomas "with prejudice." Doc. 43 at 1.

Upon consideration, the undersigned respectfully **RECOMMENDS** that:

1.    Plaintiff's "Motion to Dismiss His Complaint Against Defendant Captain T. Thomas," Doc. 43, be **GRANTED**.

2.    The claims against Defendant Captain T. Thomas asserted in Plaintiff's complaint, Doc. 1, be **DISMISSED with prejudice**, and the Clerk be directed to terminate Defendant Thomas as a party in CM/ECF.

3.   Defendant Thomas's motion to dismiss, Doc. 38, be **DENIED as moot**.

4.   This case be returned to the undersigned for further pre-trial proceedings on Plaintiff's claims against Defendants Sergeant Perry and Nurse Cox.

At Panama City, Florida, this 1st day of May, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**