AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-306-MW/MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ernest Perry, Sgt.__
was received by me on *(date)* __4/3/2023__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because __unable to locate; 3 endeavors__ ; or

☐ Other *(specify)*:


My fees are $ __10.00__ for travel and $ __195.00__ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date: __4/28/2023__

_Patrick J. Falls_
Server's signature

__Patrick J. Falls, DUSM__
Printed name and title

US Courthouse,
111 N. Adams St.
Tallahassee, FL. 32301
Server's address

Additional information regarding attempted service, etc:

Unable to locate subject after 3 endeavors.

DUSM Hours: 3 hours
RT Mileage

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEE M. JOHNSON | 4:22CV306-MW-MJF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SERGEANT PERRY, ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SERGEANT PERRY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CONFIDENTIAL ADDRESS - SEE ATTACHED

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 17 | No. 17 | Shiela | 4/14/2023 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

| Date | Time | |
|---|---|---|
| 4/28/2023 | 11:15 | ☑ am ☐ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Patel/. Fall, DUSM

Costs shown on attached USMS Cost Sheet >>

REMARKS

DUSM Hours: 3 hours
RT DUSM Mileage: 15 miles

4/7 Endeavor to provided confidential address although upon arrival determined to be an apartment complex and no apt. # provided.

4/8 Endeavor. Located an apt # and responded to location. Det. subject no longer lives at that address.

4/19 Endevor. Located a recent address for subject, but was unable to locate subject at that address.

4/28 Process returned unexecuted.

Form USM-285
Rev. 01/21

FILED USDC FLND TL
MAY 9 '23 AM 9:29