IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEE M. JOHNSON,**

   *Plaintiff*,

v.     Case No.: 4:22cv306-MW/MJF

**SERGEANT PERRY, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 44. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 44, is **accepted and adopted** as this Court's opinion. Plaintiff's motion to dismiss his claims against Defendant Thomas, ECF No. 43, is **GRANTED**. Plaintiff's claims against Defendant Thomas are **DISMISSED with prejudice**, and the Clerk is directed to terminate Defendant Thomas as a party in CM/ECF. Defendant Thomas's motion to dismiss, ECF No.

38, is **DENIED as moot**. This case is returned to the Magistrate Judge for further proceedings.

    **SO ORDERED on June 1, 2023.**

<u>s/Mark E. Walker</u>　　　　　　　
**Chief United States District Judge**
